IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| BRANDON DIXON, Individually and on Behalf of Similarly Situated Persons,<br><br>Plaintiffs,<br><br>-vs-<br><br>MOUNTAIN VIEW PIZZA COMPANY D/B/A PAPA JOHN'S PIZZA, RICK MOHLER, and ALLISON MOHLER | CV-19-37-GF-BMM<br><br>**ORDER** |

Plaintiffs have moved for admission of Joe P. Leniski, Jr., Esq. (Mr. Leniski) to practice before this Court in this case with John M. Fitzpatrick, Esq. to act as local counsel. (Doc 3.) Mr. Leniski's application appear to be in compliance with L.R. 83.1(d).

**IT IS HEREBY ORDERED:**

Plaintiffs' motion to allow Mr. Leniski to appear on their behalf (Doc. 3) is **GRANTED** on the following conditions:

1. Local counsel, Mr. Fitzpatrick, will be designated as lead counsel or as co-lead counsel with Mr. Leniski. Mr. Leniski must do his own work. He must do his own writing, sign his own pleadings, motions, briefs and other documents served or filed by him, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court. Local counsel, Mr. Fitzpatrick, shall also sign such pleadings, motions and briefs and other

documents served or filed.

2. Admission is not granted until Mr. Leniski, within fifteen (15) days from the date of this Order has filed an acknowledgment and acceptance of his admission under the terms set forth above.

3. Admission is personal to Mr. Leniski.

DATED this 21st day of June, 2019.

Brian Morris
United States District Court Judge